# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CARLOS MOORE, #021757**

    Petitioner,

vs.                                                 Case No. 4:14cv420-RH/CAS

**STATE OF FLORIDA,**

    Respondent.

_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 1. Petitioner has paid the $5.00 filing fee. Doc. 2.

    Petitioner is currently incarcerated at Okeechobee Correctional Institution in Okeechobee, Florida, which is located in the Southern District of Florida. Doc. 1; *see* 28 U.S.C. § 89(c). He challenges his state court conviction from Bradford County, Eighth Judicial Circuit, which is located in the Middle District of Florida. Doc. 1*; see* 28 U.S.C. § 89(b). Jurisdiction is appropriate in either district as the districts of confinement and conviction. 28 U.S.C. § 2241(d).

    Because Petitioner is not confined in this district and his state court conviction is not from a state court in this district, jurisdiction is not appropriate in the Northern District. Because the district of conviction appears to be the most convenient and appropriate venue, this petition should be transferred to the United States District Court

for the Middle District of Florida, Orlando Division.  *Id.*; M.D. Fla. R. 1.02(b)(3).  *See* Parker v. Singletary, 974 F.2d 1562, 1582 (11th Cir. 1992).

It is therefore respectfully **RECOMMENDED** that this case be transferred to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida on August 13, 2014.

Charles A. Stampelos
CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.